AO 120

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of Texas on the following Trademarks or Patents.

| Docket No.<br>4:19−cv−04782 | Date Filed:<br>12/9/2019 | U.S District Court<br>SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|
| Plaintiff(s)<br>B&B Solutions LLC | | Defendant(s)<br>Namra LLC | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| **A copy of the complaint is attached.** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY   Amendment   Answer   Cross Bill   Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| Clerk:<br>David J. Bradley, Clerk | By Deputy Clerk:<br>Melissa Morgan | Date:<br>12/10/2019 |
|---|---|---|