IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| B&B SOLUTIONS LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 4:19-CV-04782 |
| | § | |
| NAMRA LLC | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff B&B Solutions LLC voluntarily dismisses without prejudice the above-entitled action against Defendant Namra LLC.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated:  January 21, 2020

Respectfully submitted.

BELL NUNNALLY & MARTIN LLP

By:       /s/ Jeffrey A. Tinker

Jeffrey A. Tinker
State Bar No. 24060733
jtinker@bellnunally.com
2323 Ross Ave, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile

ATTORNEYS FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PAGE 1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2020, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served to all counsel of record.

                                                      _/s/ Jeffrey A. Tinker_
                                                      Jeffrey A. Tinker